**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In the matter of | ) | Chapter 7 |
| | ) | |
| JOHN JOSEPH ALTORELLI, | ) | Case No. 14-51790 (AHWS) |
| | ) | |
| Debtor | ) | May 26, 2015 |

**MOTION FOR AUTHORITY TO COMPROMISE AND**
**SETTLE CLAIMS WITH ALAN M. JACOBS, LIQUIDATING**
**TRUSTEE OF THE DEWEY & LEBOEUF LIQUIDATION TRUST**

Pursuant to Fed. R. Bankr. P. 9019(a), Richard M. Coan, Trustee hereby moves for authority to compromise and settle claims with Alan M. Jacobs, Trustee of the Dewey & LeBoeuf Liquidation Trust, and states as follows:

1.      The Movant was heretofore appointed Trustee of the estate of John Joseph Altorelli in the above-captioned case, has qualified and is serving as such.

2.      Alan M. Jacobs serves as the Trustee of the Dewey & LeBoeuf Liquidating Trust that arose pursuant to the confirmed Plan in In re: Dewey & LeBoeuf, LLP, Case No. 12-12321 (Bankr. S.D.N.Y.).  John Joseph Altorelli, the debtor in the above-captioned case, had been an equity partner in Dewey & LeBoeuf, LLP.  Alan M. Jacobs, Trustee sued Mr. Altorelli to recover 100% of the distributions that Mr. Altorelli received from Dewey & LeBoeuf, LLP during 2009-2012.

3.      Said suit was based on claims arising under Bankruptcy Code §544 and New York Debtor and Creditor Law §277.  The latter section creates strict liability for partners in New York partnerships who receive distributions while their partnership is insolvent.

4.      On October 29, 2014, United States Bankruptcy Judge Martin Glenn issued a partial summary judgment in favor of Alan M. Jacobs, Trustee.  The only remaining defense available to

1

Mr. Altorelli appears to be solvency, but the Trustee's expert established insolvency as of January 1, 2009. Mr. Altorelli admitted that he receive $11.7 Million in distributions in the relevant period.

5.    Alan M. Jacobs, Trustee's actions against Mr. Altorelli were stayed when Mr. Altorelli filed his voluntary petition in the above-captioned case on November 25, 2014. Thereafter, Alan M. Jacobs, Trustee filed a proof of claim in the above-captioned case (Claim No. 12) in the amount of $12,915,539.00.

6.    Mr. Altorelli had previously filed a proof of claim (Claim No. 1044) in the Dewey & LeBoeuf, LLC bankruptcy case in the amount of $12,941,586.00 for unpaid compensation, defined benefit plan and capital account losses, and alleged losses from an overstatement of 2011 income on Mr. Altorelli's Form K-1. Richard M. Coan, Trustee has succeeded to Mr. Altorelli's rights with respect to said proof of claim.

7.    The undersigned Trustee and counsel for Alan M. Jacobs, Trustee have discussed at length their competing claims. The undersigned Trustee has been persuaded that Mr. Altorelli's proof of claim is likely to be disallowed, were the undersigned inclined to litigate with respect to the allowance of said claim. Such litigation is likely to be expensive. In order to avoid the cost of litigation, the parties have agreed to a settlement, subject to the approval of this court. Pursuant to the settlement, the undersigned will agree that Mr. Altorelli's claim against the Dewey & LeBoeuf Liquidation Trust shall be deemed to be withdrawn. Further, Claim No. 12 filed in the above-captioned case by Alan M. Jacobs, Trustee shall be allowed in a reduced amount of $9,000,0000.00.[1] Finally, the adversary proceeding against Mr. Altorelli filed in the Dewey & LeBoeuf, LLP

---

[1]    It should be noted that it is virtually certain that unsecured creditors will receive no distribution in the above-captioned case, it appearing that priority tax claims will consume all funds available after payment of administrative expenses.

bankruptcy case by Alan M. Jacobs, Trustee--<u>Jacobs v. Altorelli</u>, Adv. No. 14-01015 (Bankr. S.D.N.Y.)--shall be dismissed. The three components of this settlement are set forth in three proposed stipulations annexed hereto as Exhibit A, B and C.

8.    The merits of a proposed compromise should be judged under the criteria set forth in *Protective Comm. for Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414 (1968). *TMT Trailer* requires that a compromise be "fair and equitable." *TMT Trailer*, 390 U.S. at 424.

9.    In determining whether a proposed compromise is fair and equitable, a Court should consider the following factors:

(a)    the probabilities of the bankruptcy estate's ultimate success on the merits should the claim be litigated;

(b)    the complexity, expense, and likely duration of litigating the claim;

(c)    the difficulties of collecting a judgment rendered in such litigation; and

(d)    all other factors relevant to a full and fair assessment of the wisdom of the compromise.

*TMT Trailer*, 390 U.S. at 424. The Trustee believes that the proposed settlement satisfies the requirements established by the United States Supreme Court in *TMT Trailer*.

10.    This Court should determine whether the proposed compromise "falls below the lowest point of reasonableness." *In re W.T. Grant Co.*, 699 F.2d 599 (2d Cir. 1983). "We conclude by reemphasizing that the task of the bankruptcy judge was not to determine whether the settlement was the best that could have been obtained, something that he nor we can ever know, but whether `it falls below the lowest point in the range of reasonableness.'" *In re W.T. Grant Co.*, 699 F.2d at 613, *quoting Newman v. Stein*, 464 F.2d at 693.

11.    The Trustee believes that the proposed compromise is in the best interest of the estate. Without having to incur the expense of  litigation, the Trustee will resolve disputes, the resolution of which will lead to the Trustee's ability to file a final report in the above-captioned case.

**Wherefore,** Richard M. Coan, Trustee requests authority to settle with Alan M. Jacobs, Trustee of the Dewey & LeBoeuf Liquidation Trust as aforesaid.

/s/ Richard M. Coan
Richard M. Coan, Trustee (ct06376)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT 06511
Telephone:      (203) 624-4756
Facsimile:      (203) 865-3673
rcoan@coanlewendon.com

## EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

```
----------------------------------------------------------x
                                        :
In re:                                  :    Chapter 7
                                        :
JOHN JOSEPH ALTORELLI                   :    Case No. 14-51790
                                        :
              Debtor.                   :
----------------------------------------------------------x
```

### AGREED STIPULATION AND ORDER
### REGARDING PROOF OF CLAIM # 12

      This matter having come before the Bankruptcy Court on Proof of Claim #12 filed by Alan M. Jacobs as Liquidating Trustee of the Dewey & LeBoeuf Liquidation Trust ("Claimant") in the amount of $12,915,339.00; on the stipulation and agreement of the Claimant and Richard M. Coan as chapter 7 trustee in this case; adequate notice of this Agreed Stipulation and Order having been given; and for good cause appearing;

      IT IS HEREBY ORDERED:

1.    Claim # 12 is allowed in the amount of $9,000,000.00.

2.    Any objections to Claim #12 are overruled as untimely.

**AGREED:**

By: _____
Christopher R. Murray, Esq.
DIAMOND McCARTHY LLP
909 Fannin Street, 15th Floor
Houston, TX 77010
Tel. (713) 333-5100
Fax. (713) 333-5199
*cmurray@diamondmccarthy.com*

*Appearing for Alan M. Jacobs, Trustee of the*
*Dewey & LeBoeuf Liquidation Trust, for the*
*limited purpose of resolving the Claim.*

By: _____
Richard M. Coan, Esq.
Coan Lewendon Gulliver & Miltenberger LLC
495 Orange Street
New Haven, CT  06511
Tel. (203) 624-4756
Fax: (203) 865-3673
*rcoan@coanlewendon.com*

*Chapter 7 Trustee*

**SO ORDERED:**

Dated: _____, 2015
Bridgeport, CT

_____
ALAN H.W. SHIFF
United States Bankruptcy Judge

## EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| DEWEY & LEBOEUF LLP, | : | Case No. 12-12321 (MG) |
| | : | |
| Debtor. | : | |

-----------------------------------------------------------------x

### AGREED STIPULATION AND ORDER
### ON OBJECTION TO PROOF OF CLAIM # 1044

This matter having come before the Bankruptcy Court on Proof of Claim #1044 ("Claim") filed by John J. Altorelli ("Claimant"), the Eighth Omnibus Objection to Claims ("Objection"), which includes objections to the Claim filed by Dewey & LeBoeuf LLP ("Debtor") [Dkt. No. 832], the Claimant's filed response to the Objection ("Response") [Dkt No. 1225], and the Debtor's omnibus reply in support of the Objection ("Reply") [Dkt. No. 1296]; Alan M. Jacobs ("Trustee") of the Dewey & LeBoeuf Liquidation Trust having authority under the Debtor's Second Amended Plan of Liquidation ("Plan") [Dkt. No. 807] to settle claims against the Debtor's estate without further review or approval of the Court, and the Plan having been confirmed by Order of the Court [Dkt No. 1144], and the Effective Date of the Plan (as defined in the Plan) having occurred [Dkt. No. 1306]; the Claimant having filed a voluntary petition under chapter 7 of the US Bankruptcy Code on November 25, 2014, in case number 14-51790 in the United States Bankruptcy Court for the District of Connecticut, the Claim thereupon having become property of Claimant's bankruptcy estate, and the undersigned Richard M. Coan having been appointed trustee of Claimant's bankruptcy estate; on the stipulation and agreement of and between the Trustee and Mr. Coan on behalf of the Claimant's bankruptcy

estate; adequate notice of this Agreed Stipulation and Order having been given; and for good cause appearing;

IT IS HEREBY ORDERED:

1.    Claim # 1044 of Mr. Altorelli is hereby withdrawn with prejudice.

2.    The Objection, Response and Reply are deemed withdrawn only with respect to the Claim upon entry of this Order.

**AGREED:**

By: _____
Christopher R. Murray, Esq. (*pro hac vice*)
DIAMOND McCARTHY LLP
909 Fannin Street, 15th Floor
Houston, TX 77010
Tel. (713) 333-5100
Fax. (713) 333-5199
*cmurray@diamondmccarthy.com*

*Attorneys for Alan M. Jacobs, Trustee of the
Dewey & LeBoeuf Liquidation Trust*

By: _____
Richard M. Coan, Esq..
Coan Lewendon Gulliver & Miltenberger LLC
495 Orange Street
New Haven, CT  06511
Tel. (203) 624-4756
Fax: (203) 865-3673
*rcoan@coanlewendon.com*

*Trustee for the Chapter 7 Bankruptcy Estate of
John Joseph Altorelli in Case No. 14-51790
(Bankr. D. Conn.)*

**SO ORDERED:**

Dated: _____, 2015
New York, New York

_____
MARTIN GLENN
United States Bankruptcy Judge

2

# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Case No. 12-12321 (MG)** |
| **DEWEY & LEBOEUF LLP,** | **Chapter 11** |
| Debtor. | |
| **ALAN M. JACOBS, as Liquidating Trustee of the Dewey & LeBoeuf Liquidation Trust,** | **Adversary No. 14-01015 (MG)** |
| Plaintiff, | |
| v. | |
| **JOHN J. ALTORELLI,** | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL
## OF ADVERSARY PROCEEDING

Pursuant to Federal Rule of Civil Procedure 41, made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7041, plaintiff, Alan M. Jacobs, Liquidating Trustee of the Dewey & LeBoeuf Liquidation Trust, and Richard M. Coan, the trustee of the chapter 7 bankruptcy estate of defendant John J. Altorelli in case number 14-51790 in the United States Bankruptcy Court for the District of Connecticut, hereby jointly and mutually stipulate to the dismissal of all claims asserted in the complaint filed in the above-captioned adversary proceeding with prejudice to refiling.

It is ordered that the Clerk's Office is directed to close this adversary proceeding.

**AGREED:**

By: _____

Christopher R. Murray, Esq. (*pro hac vice*)
DIAMOND McCARTHY LLP
909 Fannin Street, 15th Floor
Houston, TX 77010
Tel. (713) 333-5100
Fax. (713) 333-5199
*cmurray@diamondmccarthy.com*

*Attorneys for Alan M. Jacobs, Trustee of the
Dewey & LeBoeuf Liquidation Trust*

By: _____

Richard M. Coan, Esq..
Coan Lewendon Gulliver & Miltenberger LLC
495 Orange Street
New Haven, CT  06511
Tel. (203) 624-4756
Fax: (203) 865-3673
*rcoan@coanlewendon.com*

*Trustee for the Chapter 7 Bankruptcy Estate of
John Joseph Altorelli in Case No. 14-51790
(Bankr. D. Conn.)*

**SO ORDERED:**

Dated: _____, 2015
New York, New York

_____
MARTIN GLENN
United States Bankruptcy Judge