**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In the matter of | ) | Chapter 7 |
| | ) | |
| JOHN JOSEPH ALTORELLI, | ) | Case No. 14-51790 (AHWS) |
| | ) | |
| Debtor | ) | Re: Doc. 81 |

**ORDER AUTHORIZING COMPROMISE AND SETTLEMENT**

Upon the motion of Richard M. Coan, Trustee, for authority to compromise and settle the estate's claim with the debtor, after due notice and an opportunity for a hearing, the Court having reviewed the record in this proceeding, and it appearing that the motion of the trustee ought to be granted, it is hereby

**ORDERED**, that the motion is granted and the trustee is authorized to settle any and all claims regarding the debtor's non-exempt assets as well as possible litigation to collect the repayment of a loan receivable and avoid certain gifts, all as set forth in the motion, for the total sum of $400,119.52; and it is further

**ORDERED**, that the debtor herein shall pay said sum to Richard M. Coan, Trustee within 60 days after the date of the entry of this order; and it is further

**ORDERED**, that Richard M. Coan, Trustee is authorized to execute any and all bills of sale, releases and other documents that are required to consummate the settlement ordered herein.

Dated: June 30, 2015                                By the court

Alan H. W. Shiff
United States Bankruptcy Judge